UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO. 8:20-cv-00642-MSS-TGW

**WANDA KOEHN,**

    Plaintiff,

vs.

**CHUBBIES, INC., a foreign for-profit corporation,**

    Defendant.

_____/

## NOTICE OF SETTLEMENT

Plaintiff WANDA KOEHN, by and through her undersigned Counsel, hereby gives notice that the parties have reached a settlement, in principle, with respect to Plaintiff's individual claims. In light of the parties' settlement, Plaintiff respectfully requests that the Court dismiss this action with leave to reopen the case in forty-five (45) days from today's date in the event a final Stipulation of Voluntary Dismissal with Prejudice has not been submitted by that date. Plaintiff also requests that the Court adjourn all pending dates and deadlines.

    Respectfully submitted,

| | |
|---|---|
| **RODERICK V. HANNAH, ESQ., P.A.** | **LAW OFFICE OF PELAYO DURAN, P.A.** |
| Counsel for Plaintiff | Co-Counsel for Plaintiff |
| 4800 N. Hiatus Road | 4640 N.W. 7th Street |
| Sunrise, FL 33351 | Miami, FL 33126-2309 |
| T. 954/362-3800 | T. 305/266-9780 |
| 954/362-3779 (Facsimile) | 305/269-8311 (Facsimile) |
| Email: rhannah@rhannahlaw.com | Email: pduran@pelayoduran.com |
| | |
| By____*s/ Roderick V. Hannah*_____ | By ____*s/ Pelayo M. Duran*_____ |
|     RODERICK V. HANNAH |     PELAYO M. DURAN |
|     Fla. Bar No. 435384 |     Fla. Bar No. 014659 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 18th day of August, 2020, a true and correct of the foregoing was electronically filed and served via transmission of Notice of Electronic Filing generated by CM/ECF on all counsel or parties of record on the Service List below:

Laurence F. Pulgram, Esq.
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA  94104
(415) 875-2300
lpulgram@fenwick.com

Brian Koji, Esq.
ALLEN, NORTON & BLUE, P.A.
Hyde Park Plaza, Suite 225
324 South Hyde Park Avenue
Tampa, FL  33606-4127
(813) 251-1210
bkoji@anblaw.com

*Attorneys for Defendant*
*CHUBBIES, INC*.

                                       /s/ *Roderick V. Hannah*
                                          Roderick V. Hannah