UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**WANDA KOEHN,**

    Plaintiff,

v.                                                Case No: 8:20-cv-642-MSS-TGW

**CHUBBIES, INC.,**

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

Upon consideration of the Parties' Stipulation of Dismissal, (Dkt. 26), and pursuant to Federal Rule of Civil Procedure 41, it is hereby

**ORDERED** that this case is **DISMISSED WITH PREJUDICE**. Each party shall bear its own attorneys' fees and costs associated with this matter. The **Clerk** is directed to terminate any pending motions and **CLOSE** this case.

**DONE and ORDERED** in Tampa, Florida this 30th day of September, 2020.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Any Unrepresented Party